IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORVILLE M. MORRIS,

      Plaintiff,                    No. 2:12-cv-0816 JAM JFM P

   vs.

G. DRUMMOND, et al.,

      Defendants.              FINDINGS & RECOMMENDATIONS

                              /

        By order filed April 19, 2012, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. By orders filed May 22, 2012 and June 28, 2012, plaintiff was given additional thirty day periods in which to file an amended complaint. The last thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Any response to the objections shall be filed and served
2  within fourteen days after service of the objections. Plaintiff is advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: August 9, 2012.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

12
morr0816.fta